AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JANSSEN, L.P., JANSSEN PHARMACEUTICA N.V., and ORTHO-MCNEIL NEUROLOGICS, INC.,

Plaintiffs,

V.

KV PHARMACEUTICAL COMPANY,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    07-825

TO: (Name and address of Defendant)
K-V Pharmaceutical Company
c/o The Corporation Trust Center (registered agent)
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                December 27, 2007
CLERK                                          DATE

/s/ (signature)
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE: December 27, 2007 |
| NAME OF SERVER (PRINT): Frank J. Joyce Jr. | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally hand delivered the summons and complaint to The Corporation Trust Center at the address listed on front of this summons.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: December 27, 2007

*Signature of Server*

Parcels, Inc.
230 North Market Street
Wilmington, DE  19801

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.