IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and ORTHO-MCNEIL NEUROLOGIES INC.<br><br>Plaintiffs,<br><br>v.<br><br>KV PHARMACEUTICAL COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-825 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER TO EXTEND

The parties, through their respective counsel and subject to order of the Court, stipulate that the time for Defendant, KV Pharmaceutical Company, to move, answer or otherwise respond to the Complaint is extended through and including February 15, 2008.

/s/ John G. Day
Ashby & Geddes
Steven J. Balick (#2114)
John G. Day (#2403)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
Attorney for Plaintiffs

/s/ Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
Frederick L. Cottrell, III (#2555)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
cottrell@rlf.com
Attorneys for Defendant

Dated: January 14, 2008

Dated: January 14, 2008

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Sue L. Robinson

RLF1-3243481-1