IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN, L.P.,<br>JANSSEN PHARMACEUTICA N.V., and<br>ORTHO-MCNEIL NEUROLOGICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KV PHARMACEUTICAL COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-825-SLR<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss all claims in the above action without prejudice.

*Of Counsel:*
George F. Pappas
Christopher N. Sipes
Kurt G. Calia
Steven P. Berman
Sarah J. Chickos
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202)-662-6000

Dated: February 15, 2008
188288.1

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 504-3700
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*